```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

   IN RE:                                         CASE NO. 06 B 09586
      TRACEY LEIGH HILLER
                                                  CHAPTER 13

                                                  JUDGE: JOHN H SQUIRES

           Debtor
      SSN XXX-XX-6049


   ------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
   ------------------------------------------------------------------------------
        Glenn Stearns, Chapter 13 Standing Trustee, submits the following
   Final Report and Account of the administration of the estate pursuant to
   11 USC 1302(b)(1).

        1.  The case was filed on 08/08/06 and confirmed on 12/07/06.

        2.  The case was dismissed after confirmation, 08/03/2007.

        3.  The Debtor paid a total of $   6600.00 .

        4.  The Trustee made disbursements to creditors as follows:


   ------------------------------------------------------------------------------
   CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                                PAID           PAID
   ------------------------------------------------------------------------------
   WELLS FARGO HOME MTGE      CURRENT MORTG    2835.48            .00          2835.48
   WELLS FARGO HOME MTGE      MORTGAGE ARRE   20115.05            .00             .00
   BANK ONE                   UNSECURED       NOT FILED           .00             .00
   MERCHANTS CREDIT GUIDE     UNSECURED       NOT FILED           .00             .00
   COMCAST                    UNSECURED       NOT FILED           .00             .00
   PREMIER BANKCARD/CHARTER   UNSECURED         478.81            .00             .00
   TEK COLLECT CORP           UNSECURED       NOT FILED           .00             .00
   PELLETTIERI & ASSOC        UNSECURED       NOT FILED           .00             .00
   INTERNAL MEDICINE ASSOC    UNSECURED       NOT FILED           .00             .00
   KENNETH A HOLZ DDS         UNSECURED       NOT FILED           .00             .00
   NICOR GAS                  UNSECURED         626.52            .00             .00
   PELLETTIERI & ASSOC        UNSECURED       NOT FILED           .00             .00
   NORTHWESTERN MEMORIAL HO   UNSECURED       NOT FILED           .00             .00
   OB GYNE BILLING SERVICES   UNSECURED       NOT FILED           .00             .00
   CHECK PLUS SYSTEM          UNSECURED       NOT FILED           .00             .00
   WOMANCARE                  UNSECURED       NOT FILED           .00             .00
   MAYFAIR STATION CONDO AS   SECURED          2477.93            .00           900.00
          Summary of disbursements:
   ------------------------------------------------------------------------------
                     SECURED      PRIORITY    UNSECURED        OTHER          TOTAL
   ------------------------------------------------------------------------------
   TOTAL CLMS ALLOWED   25428.46       .00      1105.33          .00         26533.79
   PRINCIPAL PAID        3735.48       .00          .00          .00          3735.48
   INTEREST PAID             .00       .00          .00          .00              .00
   TOTAL PAID            3735.48       .00          .00          .00          3735.48
   The Debtor's attorney, MELVIN J KAPLAN              , was allowed $   3000.00
   and was paid $   2542.78 .

   The Trustee received $    321.74 .

   Refunds to the Debtor totaled $        .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/15/07                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE










                              PAGE  2
        CASE NO. 06 B 09586 TRACEY LEIGH HILLER